1008

[No. 57089-7-I. Division One. October 2, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. WARREN EUGENE
BELL, *Appellant*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 04-1-01820-4, Gerald L. Knight, J.,
entered September 16, 2005. *Affirmed* by unpublished per
curiam opinion.

[No. 57147-8-I. Division One. October 2, 2006.]

LISA PAPPAS, *Appellant*, v. THE EMPLOYMENT SECURITY
DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 05-2-02056-3, Michael Hayden, J., entered
September 26, 2005. *Affirmed* by unpublished per curiam
opinion. Now published at 135 Wn. App. 852.

[No. 57930-4-I. Division One. October 2, 2006.]

*In the Matter of the Jurisdiction of the King County
Hearing Examiner To Review the Adequacy of the
Brightwater Supplemental Environmental Impact
Statement.*

KING COUNTY, *By and Through the Wastewater Treatment
Division of the Department of Natural Resources and
Parks, Appellant*, v. KING COUNTY HEARING
EXAMINER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 05-2-40748-4, Michael Hayden, J., entered March
24, 2006. *Reversed* and *remanded* by unpublished opinion per
Coleman, J., concurred in by Agid and Ellington, JJ. Now
published at 135 Wn. App. 312.